People v Rosario (2022 NY Slip Op 50098(U))

[*1]

People v Rosario (Marcos)

2022 NY Slip Op 50098(U) [74 Misc 3d 129(A)]

Decided on February 17, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 17, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Silvera, JJ.

570042/16

The People of the State of New York,
Respondent, 
against
Marcos Rosario, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Erika M. Edwards, J.), rendered November 18, 2015, after a jury trial, convicting
him of criminal impersonation in the second degree and false personation, and imposing
sentence.

Per Curiam.
Judgment of conviction (Erika M. Edwards, J.), rendered November 18, 2015, affirmed.
The court properly denied defendant's suppression motion. There is no basis for disturbing
the court's credibility determinations, which are supported by the record (see People v
Prochilo, 41 NY2d 759, 761 [1977]). The unrebutted police testimony, which was credited
by the court, that defendant, whose vehicle was stopped at a red light at 12:45 a.m., was drinking
a "Nutcracker," a homemade alcoholic drink that the officer was familiar with based on his
training and experience, provided the reasonable suspicion necessary to justify the limited
intrusion involved in an automobile stop (see People v Hinshaw, 35 NY3d 427, 430
[2020]). The determination of the hearing court, which actually saw and heard the witness testify,
is entitled to deference, and it is not our practice to substitute our own fact-findings for those
under review unless the latter are plainly unjustified or clearly erroneous (see People v Martin, 112 AD3d
453, 434 [2013]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: February 17, 2022